# THE LAW OFFICE OF ELISA HYMAN, P.C.

July 15, 2022                                                                                  MEMORANDUM ENDORSED

*BY ECF*
The Honorable Gabriel W. Gorenstein, U.S.M.J.
United States District Court - Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:  *C.S. et al., v. New York City Department of Education, et al.,*
           21-cv-7927 (MKV)

Dear Judge Gorenstein:

    I represent the Plaintiffs in the above-referenced action[1] and am writing jointly with Defendants to respectfully request a cancellation of the settlement conference scheduled for July 25, 2022, as well as the corresponding settlement submissions.  ECF No. 30.

    The parties are pleased to report that we have reached an agreement in principle on all aspects of settlement.  Plaintiffs provided Defendants with a proposed Stipulation of Settlement, but the parties need additional time to finalize and sign the Stipulation.  The parties respectfully request until August 12, 2022 to submit a Stipulation of Settlement.

    Thank you for Your Honor's consideration of this request.  We would also like to thank the Court for its availability and efforts in preparing for the settlement conference.

Respectfully submitted,

*Erin O'Connor*
Erin O'Connor, Of Counsel
The Law Office of Elisa Hyman, P.C.
*Counsel for Plaintiffs*

cc: Wynee Ngo, *Counsel for Defendants*, via ECF

The settlement conference is cancelled.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 15, 2022

---

[1] This is an action *inter alia* pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq.*, in which Plaintiff parents allege that Defendants failed to implement an impartial hearing order with regards to their daughter Y.S., a young woman with multiple disabilities.  As a result, Y.S. has pervasive developmental delays and required extensive services to access the curriculum.  Additionally, as the prevailing party in the IDEA administrative hearing, Plaintiffs seek their reasonable attorneys' fees.